1
2
3
4                    **IN THE UNITED STATES DISTRICT COURT**
5                      **FOR THE EASTERN DISTRICT OF CALIFORNIA**
6
7  ROLINZO FLOWERS,                          CASE NO. 1:09-CV-00051 LJO GSA
8              Plaintiff,
                                             **SCHEDULING CONFERENCE ORDER**
9
       vs.
10                                           Expert
   COUNT OF FRESNO, FRESNO COUNTY            Disclosure:        January 22, 2010
11 SHERIFF MARGARET MIMS, FRESNO
   COUNTY SHERIFF DEPUTY RYAN                Supplemental
12 HUSHAW, DEPUTY DANIEL BUIE,               Expert Disclosure: February 5, 2010
   DEPUTY RANDALL SWINEY, SHERIFF
13 SERGEANT KEVIN SMITH, SHERIFF             Nonexpert
   SERGEANT ARLEY TERRANCE, SHERIFF          Discovery Cutoff:  February 5, 2010
14 SERGEANT KATHY CARREIRO,
   SHERIFF SERGEANT JOHN GOLDEN,             Expert
15 SHERIFF DETECTIVE ROBERT                  Discovery Cutoff:  February 19, 2010
   BUENROSTRO, and DOES 1 through 5,
16 inclusive,                                Pretrial
                                             Motion Filing
17              Defendants.                  Deadline:          March 12, 2010
18                                           Pretrial Motion
                                             Hearing Deadline:  April 15, 2010
19
                                             Settlement Conf.:  March 2, 2010
20                                                              Time : 10:30 a.m.
                                                                Dept. 10 (GSA)
21
                                             Pretrial Conf.:    Date:  May 3, 2010
22                                                              Time:  8:30 a.m.
                                                                Dept.: 4 (LJO)
23
                                             Jury Trial:        Date:  June 14, 2010
24                                           (3-5 days est.)    Time:  8:30 a.m.
                                   /                            Dept.: 4 (LJO)
25
26       This Court conducted a scheduling conference on May 28, 2009.  Counsel Mark W. King
27 appeared personally on behalf of Plaintiff Rolinzo Flowers. James J. Arendt appeared by telephone on
28 behalf of Defendants County of Fresno, Deputy Ryan Hushaw, Deputy Daniel Buie, Deputy Randall

                                             1

Swiney and Sergeant Kevin Smith. Pursuant to F.R.Civ.P. 16(b), this Court sets a schedule for this action.

1. **Amendment To The Parties' Pleadings**

The parties propose no further amendment to their respective pleadings.

2. **Consent To Magistrate Judge**

All parties do not consent to the conduct of further proceedings, including trial and entry of judgment, by a United States Magistrate Judge. Due to this Court's heavy caseload and its effect to hold to scheduled dates, the parties are encouraged to consent to conducting further proceedings by a United States Magistrate Judge.

3. **F.R.Civ.P. 26(a)(1) Initial Disclosures**

As of the date of this order, the parties have completed initial and supplemental disclosures.

4. **Expert Witnesses**

Initial expert witness disclosures by any party shall be served no later than **January 22, 2010.** Supplemental expert witness disclosures by any party shall be served no later than **February 5, 2010**. Such disclosures must be made pursuant to F.R.Civ.P. 26(a)(2)(A) and (B) and shall include all information required thereunder. In addition, F.R.Civ.P. 26(b)(4) and F.R.Civ.P. 26(e) shall specifically apply to all discovery relating to expert witnesses and their opinions. Each expert witness must be prepared fully to be examined on all subjects and opinions included in the designations. Failure to comply with these requirements will result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness. In particular, this Court will enforce preclusion of testimony or other evidence if F.R.Civ.P. 26(e) is not strictly complied with.

5. **Discovery Cutoffs And Limits**

All nonexpert discovery shall be completed no later than **February 5, 2010.**

6. **Pretrial Motion Schedule**

All pretrial motions, both dispositive and nondispositive shall be served <u>and filed</u> no later than **March 12, 2010.** All pretrial dispositive and nondispositive motions shall be set before the appropriate judge for a hearing to be conducted no later than **April 15, 2010.**

Non-dispositive motions are heard on Fridays at 9:30 a.m., before the Honorable Gary S. Austin, United States Magistrate Judge in Courtroom 10. **Counsel must comply with Local Rule 37-251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from calendar.**

In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 6-142(d). However, if a party does not obtain an order shortening time, the notice of motion *must* comply with Local Rule 37-251.

Counsel or pro se parties may appear and argue non-dispositive motions by telephone, providing a written request to do so is made to the Magistrate Judge's Courtroom Clerk no later than five (5) court days before the noticed hearing date. In the event that more than one party requests to appear by telephone then it shall be the obligation of the moving part(ies) to arrange and originate a conference call to the Court.

At the pretrial conference, the Court will set filing and hearing dates for motions in limine.

**7. Mandatory Settlement Conference**

At the request of the parties, a settlement conference will be held on **March 2, 2010, at 10:30 am** before the Honorable Gary S. Austin in Department 10. Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the settlement conference with the parties and the person or persons having full authority to negotiate and settle the case, on any terms, at the conference.

**No later than seven days prior to the settlement conference**, each party shall submit directly to the Judge Austin's chambers at gsaorders@caed.uscourts.gov, a confidential settlement conference statement. This statement should neither be filed with the clerk of the Court nor served on any other party. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently. Counsel are urged to request the return of their statements. If such request is not made, the Court will dispose of the statement.

The confidential settlement conference statement shall include the following:

A. A brief statement of the facts of the case;

B. A brief statement of the claims and defenses (i.e., statutory or other grounds upon which

3

1 the claims or defenses are based), a forthright evaluation of the parties' likelihood of prevailing on the
2 claims and defenses, and a description of the major issues in dispute;

3     C.     A summary of the proceedings to date;

4     D.     An estimate of the cost and time to be expended for further pretrial and trial matters,
5 including discovery;

6     E.     The relief sought; and

7     F.     The party's position on settlement, **including the amount which the party will accept**
8 **to settle, realistic settlement expectations**, present demands and offers, and a history of past settlement
9 discussions, offers, and demands.

10     This Court will vacate the settlement conference if the Court finds the settlement conference will
11 be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of
12 the settlement conference as possible, a party shall inform the Court and other parties that it believes the
13 case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise
14 the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of
15 the case.

16 **8.     Pretrial Conference**

17     This Court sets a pretrial conference for **May 3, 2010 at 8:30 a.m.** in Department 4 (LJO) of this
18 Court. The parties are directed to file a joint pretrial statement which complies with the requirements of
19 this Court's Local Rule 16-281. In addition, the joint pretrial statement should include a brief factual
20 summary and an agreed upon neutral statement of the case. An additional copy of the joint pretrial
21 statement, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF and
22 shall be e-mailed in WordPerfect format to ljoorders@caed.uscourts.gov.

23     The parties' attention is directed to this Court's Local Rules 16-281 and 16-282. This Court will
24 insist upon strict compliance with those rules.

25     At the pretrial conference, the Court will set deadlines, among others, to file motions in limine,
26 final witness lists, exhibits, jury instructions, objections, and other trial documents.

27 //
28 //

**9.     Trial Date**

A three to five day jury trial is set for **June 14, 2010 at 8:30 a.m.** in Department 4 (LJO) of this Court.

Defendant County of Fresno reserves the right to request to bifurcate Plaintiff's *Monell* claim from the claims against the Defendant deputies. Defendants further reserve the right to bifurcate the punitive damages phase should a jury find Plaintiff is entitled to such.

**10.    Effect Of This Order**

This order represents the best estimate of the Court and parties as to the agenda most suitable to dispose of this case. If the parties determine at any time that the schedule outlined in this order cannot be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference. Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations with attached exhibits, where appropriate, which establish good cause for granting the relief requested.

Failure to comply with this order shall result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated:   **May 28, 2009**            /s/ **Gary S. Austin**
                                     **UNITED STATES MAGISTRATE JUDGE**