James J. Arendt, Esq.        Bar No. 142937
Michael R. Linden, Esq.      Bar No. 192485

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, DEPUTY RYAN HUSHAW, DEPUTY DANIEL BUIE, DEPUTY RANDALL SWINEY, SERGEANT KEVIN SMITH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLINZO FLOWERS, ) CASE NO. 1:09-CV-00051-LJO-GSA
)
    Plaintiffs, )
) **STIPULATION AND ORDER**
vs. )
)
COUNTY OF FRESNO, FRESNO COUNTY )
SHERIFF MARGARET MIMS, FRESNO )
COUNTY SHERIFF DEPUTY RYAN )
HUSHAW, DEPUTY DANIEL BUIE, DEPUTY )
RANDALL SWINEY, SHERIFF SERGEANT )
KEVIN SMITH, SHERIFF SERGEANT ARLEY )
TERRANCE, SHERIFF SERGEANT KATHY )
CARREIRO, SHERIFF SERGEANT JOHN ) Complaint Filed: January 12, 2009
GOLDEN, SHERIFF DETECTIVE ROBERT ) Trial Date: June 13, 2010
BUENROSTRO, and DOES 1 through 5, )
inclusive, )
)
    Defendants. )
_____ )

    The parties, through their respective counsel, hereby stipulate to extend the non-expert discovery deadline of February 5, 2010, to February 19, 2010, for the purpose of taking the deposition of J. Derrick Wells, M.D., only.

DATED: February 2, 2010            WEAKLEY, ARENDT & McGUIRE, LLP

                                By:   /s/ James J. Arendt
                                     James J. Arendt
                                     Attorneys for Defendants

| | | |
|---|---|---|
| 1 | DATED: February 2, 2010 | LAW OFFICES OF MARK KING |
| 2 | | |
| 3 | | By: /s/ Mark W. King |
| | | Mark W. S. King |
| 4 | | Attorneys for Plaintiff |

IT IS SO ORDERED.

**Dated:   February 4, 2010**             /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE