James J. Arendt, Esq.          Bar No. 142937
Michael R. Linden, Esq.        Bar No. 192485

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, DEPUTY RYAN HUSHAW, DEPUTY DANIEL BUIE, DEPUTY RANDALL SWINEY, SERGEANT KEVIN SMITH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROLINZO FLOWERS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO, FRESNO COUNTY SHERIFF MARGARET MIMS, FRESNO COUNTY SHERIFF DEPUTY RYAN HUSHAW, DEPUTY DANIEL BUIE, DEPUTY RANDALL SWINEY, SHERIFF SERGEANT KEVIN SMITH, SHERIFF SERGEANT ARLEY TERRANCE, SHERIFF SERGEANT KATHY CARREIRO, SHERIFF SERGEANT JOHN GOLDEN, SHERIFF DETECTIVE ROBERT BUENROSTRO, and DOES 1 through 5, inclusive,<br><br>　　　　Defendants. | CASE NO. 1:09-CV-00051-LJO-GSA<br><br>**STIPULATION AND ORDER**<br><br><br><br><br><br><br>Complaint Filed: January 12, 2009<br>Trial Date: June 13, 2010 |

　　　The parties, through their respective counsel, hereby stipulate to extend the non-expert discovery deadline of February 5, 2010, to February 19, 2010, for the purpose of taking the deposition of J. Derrick Wells, M.D., only.

DATED: February 2, 2010          WEAKLEY, ARENDT & McGUIRE, LLP


　　　　　　　　　　　　　　　　　By:   /s/ James J. Arendt
　　　　　　　　　　　　　　　　　　　　James J. Arendt
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

---
Stipulation and Proposed Order
to Modify Scheduling Order

1 | DATED: February 2, 2010 | LAW OFFICES OF MARK KING

3 | By:  /s/ Mark W. King
Mark W. S. King
Attorneys for Plaintiff

IT IS SO ORDERED.

**Dated:   February 4, 2010**               **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE