James J. Arendt, Esq.          Bar No. 142937
Michael R. Linden, Esq.        Bar No. 192485

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, DEPUTY RYAN HUSHAW, DEPUTY DANIEL BUIE, DEPUTY RANDALL SWINEY, SERGEANT KEVIN SMITH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROLINZO FLOWERS,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO, FRESNO COUNTY SHERIFF MARGARET MIMS, FRESNO COUNTY SHERIFF DEPUTY RYAN HUSHAW, DEPUTY DANIEL BUIE, DEPUTY RANDALL SWINEY, SHERIFF SERGEANT KEVIN SMITH, SHERIFF SERGEANT ARLEY TERRANCE, SHERIFF SERGEANT KATHY CARREIRO, SHERIFF SERGEANT JOHN GOLDEN, SHERIFF DETECTIVE ROBERT BUENROSTRO, and DOES 1 through 5, inclusive,<br><br>    Defendants. | CASE NO. 1:09-CV-00051-LJO-GSA<br><br>**STIPULATION AND ORDER**<br><br><br>Complaint Filed: January 12, 2009<br>Trial Date: June 13, 2010 |

The parties, through their respective counsel, hereby stipulate to extend the non-expert discovery deadline of February 19, 2010 to February 26, 2010, for the purpose of taking the deposition of J. Darrick Wells, M.D., only.

DATED: February 18, 2010          WEAKLEY, ARENDT & McGUIRE, LLP


                    By:   /s/ James J. Arendt
                          James J. Arendt
                          Attorneys for Defendants

---

Stipulation and Proposed Order
to Modify Scheduling Order

1 | DATED: February 18, 2010             LAW OFFICES OF MARK KING

2

3 |                                       By:    /s/ Mark W. King
                                                 Mark W. S. King
4 |                                              Attorneys for Plaintiff

5

6

7

8
     IT IS SO ORDERED.
9
        **Dated:   February 19, 2010**                  **/s/ Gary S. Austin**
10                                                 UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Stipulation and Proposed Order
to Modify Scheduling Order                    2