1 | James J. Arendt, Esq.   Bar No. 142937
2 | Michael R. Linden, Esq.   Bar No. 192485

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, DEPUTY RYAN HUSHAW, DEPUTY DANIEL BUIE, DEPUTY RANDALL SWINEY and SERGEANT KEVIN SMITH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROLINZO FLOWERS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO, FRESNO COUNTY SHERIFF MARGARET MIMS, FRESNO COUNTY SHERIFF DEPUTY RYAN HUSHAW, DEPUTY DANIEL BUIE, DEPUTY RANDALL SWINEY, SHERIFF SERGEANT KEVIN SMITH, SHERIFF SERGEANT ARLEY TERRANCE, SHERIFF SERGEANT KATHY CARREIRO, SHERIFF SERGEANT JOHN GOLDEN, SHERIFF DETECTIVE ROBERT BUENROSTRO, and DOES 1 through 5, inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-00051-LJO-GSA<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br><br>Complaint Filed: January 8, 2009<br>Trial Date:   June 13, 2010 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff ROLINZO FLOWERS and defendants COUNTY OF FRESNO, DEPUTY RYAN HUSHAW, DEPUTY DANIEL BUIE, DEPUTY RANDALL SWINEY and SERGEANT KEVIN SMITH ("COUNTY defendants"), through their attorneys of record, hereby jointly request and stipulate to dismissal of

///

///

///

---
Stipulated Dismissal and Order

the entire action, with prejudice, all parties to bear their own costs and attorney's fees.

DATED: April 6, 2010

                WEAKLEY, ARENDT & McGUIRE LLP

                By:    /s/ James J. Arendt
                       James J. Arendt
                       Attorney for Defendants COUNTY OF FRESNO, DEPUTY RYAN HUSHAW, DEPUTY DANIEL BUIE, DEPUTY RANDALL SWINEY and SERGEANT KEVIN SMITH

DATED: April 6, 2010

                LAW OFFICES OF MARK KING

                By:    /s/ Mark W. King
                       Mark W. S. King
                       Attorneys for Plaintiff ROLINZO FLOWERS

IT IS SO ORDERED.

**Dated:   April 7, 2010**                /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE